People v Mahabir (2025 NY Slip Op 02880)

People v Mahabir

2025 NY Slip Op 02880

Decided on May 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 13, 2025

Before: Moulton, J.P., Kapnick, Scarpulla, Rodriguez, Higgitt, JJ. 

Ind. No. 1019/21, 1104/21|Appeal No. 4362|Case No. 2023-02019|

[*1]The People of the State of New York, Respondent,
v
Anand Mahabir Also Known as Blue Knight, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Clara Hammond-Oakley of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Elliott R. Hamilton of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Dineen A. Riviezzo, J.), rendered March 1, 2023, as amended March 3, 2023, and May 3, 2023, convicting defendant, upon his pleas of guilty, of attempted criminal possession of a weapon in the second degree and of assault in the second degree, and sentencing him, as a second felony offender, to an aggregate term of four years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharges and fees imposed at sentencing, and otherwise affirmed.
Defendant validly waived of his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US , 140 S Ct 2634 [2020]), which forecloses review of his excessive sentence claim (see People v Ramirez, 226 AD3d 625, 625 [1st Dept 2024], lv denied 42 NY3d 940 [2024]). In any event, we perceive no basis for reducing the sentence.
Based on our own interest of justice powers, we vacate the surcharges and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 13, 2025